In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-454 CR


____________________



BRIAN CONNOR, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 2264 (95690)






MEMORANDUM OPINION


 On October 13, 2008, the trial court denied Brian Connor's application for writ of
habeas corpus without conducting an evidentiary hearing or issuing the writ of habeas
corpus. We questioned our jurisdiction over the appeal. Connor filed a response in which
he fails to establish that the order is appealable.

 No appeal lies from the refusal to issue a writ of habeas corpus unless the trial court
rules on the merits of the application. Ex parte Hargett, 819 S.W.2d 866 (Tex. Crim. App.
1991); Ex parte Noe, 646 S.W.2d 230 (Tex. Crim. App. 1983). In this case, the trial court
did not address the merits of Connor's application. The trial court did not issue a writ of
habeas corpus, nor did the court conduct an evidentiary hearing on the application for the
writ. Compare Ex parte Silva, 968 S.W.2d 367 (Tex. Crim. App. 1998); Ex parte
McCullough, 966 S.W.2d 529 (Tex. Crim. App. 1998). We hold we have no jurisdiction
over this appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.


 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered November 19, 2008

Do not publish


Before Gaultney, Kreger, and Horton, JJ.